# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY A. CLARK, | ) 1:08cv0776 OWW DLB |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| v. | ) (Document 2) |
| | ) |
| NEVADA DEPARTMENT OF | ) ORDER DISREGARDING ISSUANCE |
| EMPLOYMENT, TRAINING AND | ) OF SUMMONS |
| REHABILITATION, | ) (Document 3) |
| | ) |
| | ) ORDER VACATING JUNE 11, 2008, |
| | ) SCHEDULING CONFERENCE |
| Defendant. | ) |

    Plaintiff Perry A. Clark ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed his complaint on June 5, 2008, and is seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

    Plaintiff is advised that the summons issued on June 9, 2008, was issued in error and SHOULD BE DISREGARDED.  Pursuant to 28 U.S.C. § 1915(e)(2), the Court is required to screen complaints to determine appropriateness for service.  If the Court determines that Plaintiff's complaint should be served on Defendant, the United States Marshal will effectuate service based on Plaintiff's in forma pauperis status in this action.

Finally, the Court VACATES the June 11, 2008, Scheduling Conference, which was set prematurely.

IT IS SO ORDERED.

Dated: **June 10, 2008**            /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE