# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY A. CLARK,<br><br>            Plaintiff,<br><br>     v.<br><br>NEVADA DEPARTMENT OF EMPLOYMENT, TRAINING AND REHABILITATION,<br><br>            Defendant. | 1:08Ccv776 OWW DLB<br><br>ORDER TRANSFERRING ACTION TO DISTRICT OF NEVADA |

      Plaintiff, appearing pro se and proceeding in forma pauperis, filed the instant complaint on June 5, 2008. Plaintiff alleges that Defendant Nevada Department of Employment, Training and Rehabilitation ("Defendant") violated the Americans with Disabilities Act ("ADA") by denying services based on his disability.

      The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1  A review of Plaintiff's complaint reveals that he is suing the Nevada Department of
2 Employment, Training and Rehabilitation and although it is not entirely clear, the events giving
3 rise to the allegations appear to have occurred in Nevada, as well.  Therefore, the action should
4 have been filed in the United States District Court for the District of Nevada.  In the interest of
5 justice, a federal court may transfer a case filed in the wrong district to the correct district.  <u>See</u>
6 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.1974).

7  Accordingly, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the
8 United States District Court for the District of Nevada.

10  IT IS SO ORDERED.
11  Dated:   **June 11, 2008**              /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE